

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00126-CR

_____

CHARLES RAY MILLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1423723

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

In cause numbers 06-14-00120-CR through 06-14-00129-CR, Charles Ray Miller appeals from ten separate convictions for indecency with a child by contact. Miller has filed a single brief in which he raises an issue common to all of his appeals. Miller argues that he received ineffective assistance of counsel during the punishment phase of his trial.

We addressed this issue in detail in our opinion of this date on Miller's appeal in cause number 06-14-00120-CR. For the reasons stated therein, we likewise conclude in this matter that Miller failed to demonstrate (1) that his counsel's performance fell below an objective standard of reasonableness and (2) that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different. *Strickland v. Washington*, 466 U.S. 668 (1984) ); *Ex parte Imoudu*, 284 S.W.3d 866, 869 (Tex. Crim. App. 2009).

Consequently, we affirm the trial court's judgment.


Josh Morriss, III
Chief Justice

Date Submitted: December 11, 2014
Date Decided: December 12, 2014

Do Not Publish

2